**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com **Telephone 212-349-0230**

**By ECF**

September 14, 2026

REQUEST GRANTED.
The Sentencing hearing previously set for October 1, 2026 is rescheduled to November 17, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

9/15/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Judge Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: U.S. v. Jayson Holland
25 Cr. 345 (LJL)

Dear Judge Liman:

Bruce Koffsky and I represent Jayson Holland. Mr. Holland is currently scheduled to be sentenced on October 1, 2026. This letter is respectfully submitted to request an adjournment of Mr. Holland's sentencing to a date and time convenient to Your Honor during the week of November 16, 2026. We make this request to give us sufficient time to obtain records that we need to complete our sentencing submission. Assistant United States Attorney Patrick Moroney has informed me that the Government has no objection to this request.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel
Bruce D. Koffsky
*Counsel for Jayson Holland*

cc: All counsel by ECF