UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-v-

JAYSON HOLLAND,

Defendant.

---------------------------------------------------------------------X

25-CR-345-5 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Sentencing in this case is scheduled for tomorrow, November 17, 2026. The parties shall be prepared to address whether the Court should impose as a special condition of supervised release that the defendant not associate or interact in any way, including through social media or websites, with any persons known to him to be gang members or associates, including with members of the MacBallas.

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge